IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MIA CHEL P. WOULLARD,

    Plaintiff,

vs.                                CASE NO. 5:03cv298-RS

HANSFORD T. JOHNSON,
Acting Secretary of the Navy,

    Defendant.
_____/

## ORDER

Before the court are the magistrate judge's Report and Recommendation (Doc. 43) and plaintiff's "Re: Specific Written Objections to Report and Recommendations (Doc. 46). The court has reviewed *de novo* the issues raised by plaintiff's objections.

**IT IS ORDERED:**

1.    The Report and Recommendation is accepted and is adopted as the opinion of the court.

2.    Defendant's motion for summary judgment is granted.

3.    The clerk is directed to enter judgment for defendant and to close the file.

ORDERED on January 26, 2006.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**